No. 97–8717 (A–785). VILLAFUERTE *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

## APRIL 22, 1998

No. 97–8742 (A–784). IN RE CANNON. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

## APRIL 27, 1998

No. 96–1936. FAIRPORT INTERNATIONAL EXPLORATION, INC. *v.* SHIPWRECKED VESSEL KNOWN AS THE CAPTAIN LAWRENCE, IN REM, ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California* v. *Deep Sea Research, Inc., ante,* p. 491.

No. A–684 (97–1688). COLORADO *v.* ROMERO. Sup. Ct. Colo. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–788. HALE *v.* ARKANSAS. Application for stay of state court proceedings, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1909. IN RE DISBARMENT OF BERNSTEIN. Disbarment entered. [For earlier order herein, see 522 U. S. 1103.]